by Aaron Clough against Walter Fox and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. Motion to correct costs and form of judgment denied.

COFFEY, Respondent, v. RICHARD L. WALSH CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Mary Coffey, as administratrix, against the Richard L. Walsh Company. T. H. Lord, for appellant. G. W. Smith, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

COHEN, Appellant, v. STECKLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Max Cohen against Max Steckler and others. No opinion. Motion denied.

COMPAGNIE COMMERCIALE v. BRUNN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by the Compagnie Commerciale against Adolph W. Brunn. No opinion. Motion denied, on condition that appellant be ready for October term. Order filed.

COMYNS, Respondent, v. KAUGHRAN, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Adele M. Comyns against Thomas F. Kaughran. R. W. Sprague, Jr., for appellant. G. E. Joseph, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re CONKLIN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of Henry Conklin. No opinion. Appeal dismissed, with $10 costs. Order filed.

In re CONOVER ST. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of acquiring title to Conover street. No opinion. Report of referee confirmed.

In re CONOVER ST., BETWEEN WOLCOTT AND SULLIVAN STS., IN BOROUGH OF BROOKLYN. (Supreme Court. Appellate Division, Second Department. March 11, 1908.) In the matter of acquiring title to Conover street, between Wolcott and Sullivan streets, in the borough of Brooklyn, duly selected as a site for school purposes according to law. No opinion. Report of referee confirmed. See 107 N. Y. Supp. 1124.

CONROY, Respondent, v. CLEVELAND, C., C. & ST. L. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Michael Conroy against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

CONSOLIDATED GAS CO. OF NEW YORK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by the Consolidated Gas Company of New York against the city of New York. T. Connoly, for appellant. J. A. Garver, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Brooklyn Union Gas Co. v. New York, 188 N. Y. 334, 81 N. E. 141, 117 Am. St. Rep. 868, with leave to defendant to amend on payment of costs. Order filed.

CORNELIUS, Appellant, v. COFFEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Charles Cornelius against Benjamin Coffey. No opinion. Motion granted, with $10 costs.

CORNWELL et al., Respondents, v. SHELDON et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Nettie Cornwell and another against Benjamin Sheldon and another, as executors, etc., of Leonard Sheldon, deceased. No opinion. Judgment unanimously affirmed, with costs.

COYLE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Bridget Coyle, as administratrix, etc., of Joseph Coyle, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAFT, Appellant, v. PEEKSKILL LIGHTING & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9. 1908.) Action by George E. Craft against the Peekskill Lighting & Railroad Company. No opinion. Motion for reargument granted, and case set down for Monday, June 15, 1908.

In re CRANDALL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In reappointment of administrator of Ira L. Crandall, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

CREAMER, Appellant, v. METROPOLITAN SECURITIES CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Frank D. Creamer against the Metropolitan Securities Company and another. No opinion. Order affirmed, with $10 costs and disbursements. See 105 N. Y. Supp. 28.

CREATORE, Appellant, v. CREATORE, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Anna Creatore against Joseph Creatore. B. B. Knowles, for appellant. C. E. Thornall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CREHORE, Appellant, v. TUXEDO ELECTRIC LIGHT CO., Respondent. (Supreme Court. Appellate Division, Second Department. June 5, 1908.) Action by William W. Crehore

against the Tuxedo Electric Light Company and the Fulton Furnace Company. No opinion. Judgment of the County Court of Orange county affirmed, with costs.

CRIMI, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Leonardo Crimi, as administrator, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.

J. W. CUSHMAN & CO. v. THOMPSON. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by J. W. Cushman & Co. against Paul Thompson. No opinion. Application denied, with $10 costs. Order signed.

DAVIS, Appellant, v. GORTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Charlotte Davis against James Gorton. No opinion. Judgment affirmed, with costs.

In re DAY'S WILL. (Supreme Court, Appellate Division. Second Department. June 18, 1908.) In the matter of the probate of the last will and testament of Edward Warren Day, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

DE FERE, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Paul E. De Fere against the General Electric Company. No opinion. Order affirmed, with $10 costs and disbursements.

DE LONG et al. v. MERCURY REALTY CO. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Albert W. De Long and another against the Mercury Realty Company. No opinion. Motion denied, with $10 costs. Order filed.

DE MARK et al., Appellants, v. LEVISON, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by John De Mark, as administrator, etc., of Frank De Mark, deceased, and another against Isaac Levison.

PER CURIAM. Order of the Municipal Court affirmed, with costs.

WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ., concur.

DENOFRIO, Appellant, v. KRETSCH et al., Respondents. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Salvatore Denofrio against Martin Kretsch and another. W. G. Morse, for appellant. M. C. Katz, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DERAISMES ENGINE CO. NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. DERAISMES HOSE CO. NO. 1 v. SAME. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Actions by the Deraismes Engine Company No. 1 and by the Deraismes Hose Company No. 1 against the city of New York. No opinion. Motion denied, with $10 costs in one case.

DIABO, Respondent, v. DIABO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Delia Diabo against Baptiste Diabo. No opinion. Judgment affirmed, with costs.

In re DICKERSON. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) In the matter of the judicial settlement of the account of George W. Dickerson, as committee.

PER CURIAM. Decree modified, so as to provide that the balance in the committee's hands is $454.23, instead of $507.73, and that, after making the payments therefrom specified in the decree, the amount to be paid over to the executor is $148.71, instead of $187.27, and, as so modified, the decree is affirmed, without costs of this appeal to either party.

SPRING and ROBSON, JJ., dissent, and vote for reversal.

DICKINSON, Sheriff, Respondent, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Barney Dickinson, as sheriff of Delaware county, against William C. Oliver. No opinion. Judgment and order unanimously affirmed, with costs.

DODGE et al., Respondents, v. COURTNEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Stephen W. Dodge and another against William J. Courtney. No opinion. Judgment of the Municipal Court affirmed, with costs.

DOLINSKY v. MASTERTON et al. (Supreme Court, Appellate Division. First Department. June 12, 1908.) Action by Isaac Dolinsky against Hugh M. Masterton and another. No opinion. Motion granted, with $10 costs. Order filed.

DOLLIN, Appellant, v. MOORE, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Actions by Elise H. Dollin against Lizzie M. Moore. No opinion. The evidence presented a question of fact, which must be regarded as determined in favor of the defendant by a judgment dismissing the complaint on the merits. Judgments of the Municipal Court affirmed, with costs.

DONLEY, Respondent, v. GLENS FALLS INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Frank Donley against the Glens Falls Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. ROBSON, J., not sitting.